**ALMEIDA LAW GROUP LLC**
Matthew J. Langley (SBN 342846)
849 W. Webster Avenue
Chicago, Illinois 60614
t: 312-576-3024
matt@almeidalawgroup.com

**MIGLIACCIO & RATHOD LLP**
Bryan G. Faubus (pro hac vice)
412 H Street, NE
Washington, D.C. 20002
Telephone: (202) 470-3520
Facsimile: (202) 800-2730
Email: bfaubus@classlawdc.com

*Attorneys for Plaintiffs*

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
P. CRAIG CARDON, Cal Bar No. 168646
ccardon@sheppardmullin.com
JAY T. RAMSEY, Cal Bar No. 273160
jramsey@sheppardmullin.com
ALYSSA SONES, Cal Bar No. 318359
asones@sheppardmullin.com
KEVIN M. MURPHY, Cal Bar No. 346041
kemurphy@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile:   310.228.3701

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J., H.G, L.V, M.M. and M.I., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>LEMONAID HEALTH INC. and LMND MEDICAL GROUP, INC., d/b/a LEMONAID HEALTH, a California Professional Corporation,<br><br>Defendants. | Case No. 3:23-cv-03288-RFL<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between Plaintiffs A.J., H.G., L.V., M.M, and M.I., on the one hand (collectively, the "Plaintiffs"), and Defendant Lemonaid Health Inc. and LMND Medical Group, Inc., d/b/a Lemonaid Health, a California Professional Corporation on the other hand (collectively, "Defendant" and together with Plaintiffs, the "Parties"), through undersigned counsel, that this action is dismissed with prejudice as to all the named Plaintiffs and without prejudice as to all

members of the alleged putative classes, with all parties to bear their own fees and costs, including but not limited to attorneys' fees.

STIPULATED AND AGREED:

| | |
|---|---|
| Dated: January 8, 2026 | Respectfully submitted, |
| | **ALMEIDA LAW GROUP LLC** |
| | By: /s/ *Matthew J. Langley* |
| | Matthew J. Langley (SBN 342846) |
| | 849 W. Webster Avenue |
| | Chicago, Illinois 60614 |
| | t: 312-576-3024 |
| | matt@almeidalawgroup.com |
| | |
| | **MIGLIACCIO & RATHOD LLP** |
| | Bryan G. Faubus (pro hac vice) |
| | 412 H Street, NE |
| | Washington, D.C. 20002 |
| | Telephone: (202) 470-3520 |
| | Facsimile: (202) 800-2730 |
| | Email: bfaubus@classlawdc.com |
| | |
| | *Attorneys for Plaintiffs & the Putative Classes* |
| | |
| | By: /s/ *Jay T. Ramsey* |
| | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| | P. CRAIG CARDON, Cal Bar No. 168646 |
| | ccardon@sheppardmullin.com |
| | JAY T. RAMSEY, Cal Bar No. 273160 |
| | jramsey@sheppardmullin.com |
| | ALYSSA SONES, Cal Bar No. 318359 |
| | asones@sheppardmullin.com |
| | KEVIN M. MURPHY, Cal Bar No. 346041 |
| | kemurphy@sheppardmullin.com |
| | 1901 Avenue of the Stars, Suite 1600 |
| | Los Angeles, California 90067-6055 |
| | Telephone: 310.228.3700 |
| | Facsimile:  310.228.3701 |
| | |
| | *Attorneys for Defendants* |